———o———

ELIZABETH POWELL, Defendant in Error, *vs.* THE CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD COMPANY, Plaintiff in Error.

1. Beery vs. Chicago, Rock Island & Pacific R. R. Co., *ante* p. 533, affirmed.

*Error to Clinton County Circuit Court.*

*Shanklin, Low & McDougal,* for Plaintiff in Error.

No brief filed for Defendant in Error.

SHERWOOD, C. J., delivered the opinion of the court.

After the approval of the bond and entry of an order removing the cause to the Federal Court, it was clearly out of the power of the court, making the order, to set the same aside, and allow a dismissal of the suit. Our views on this subject are more fully expressed in Beery vs. the same defendant, *ante* p. 533.

Judgment reversed and cause remanded. All the judges concur.